UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: § Case No. 3:17-BK-10806-DPC
§
MARK ANDREW BETTS §
DEBRA ANN BETTS §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lawrence J. Warfield, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $324,394.00 | Assets Exempt: | $181,100.00 |
| Total Distributions to Claimants: | $19,226.26 | Claims Discharged Without Payment: | $196,768.53 |
| Total Expenses of Administration: | $7,198.32 | | |

3) Total gross receipts of $26,424.58 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $26,424.58 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $484,646.25 | $10.92 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,198.32 | $7,198.32 | $7,198.32 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,082.97 | $5,887.84 | $5,887.84 | $5,887.84 |
| General Unsecured Claims (from **Exhibit 7**) | $153,939.70 | $50,084.28 | $50,084.28 | $13,338.42 |
| **Total Disbursements** | $644,668.92 | $63,181.36 | $63,170.44 | $26,424.58 |

4). This case was originally filed under chapter 7 on 09/14/2017. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/04/2019</u>  By: <u>/s/ Lawrence J. Warfield</u>
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1 acre vacant land in Rio Rancho, New Mexico. Two contiguous lots being sold as one. The APN#s are 1-006-075-448-125 and | 1110-000 | $1,425.00 |
| Casa Grande AZ Pinal Desert Carmel, sec f Lot 1150 Parcel # 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 | 1110-000 | $775.00 |
| Rio Rancho NM Sandoval Rio Rancho Estates - Block 70, Lot 10, Unit 23- Block 70, Unit 11, Unit 23 | 1110-000 | $985.00 |
| Money Market Account (#2827) Deutsche Asset Management | 1129-000 | $6.38 |
| Personal Checking Account (#2987) Wells Fargo Bank | 1129-000 | $548.63 |
| Savings Account (#6208-01) Alliant Credit Union | 1129-000 | $5.15 |
| 1.06 acres Vacant land in Rio Rancho, NM. The APN is 1-007-073-259-235. The Account # is: R115177. The legal description | 1210-000 | $19,824.00 |
| Land - Rio Rancho, NM.  2 contiguous lots being sold as one. The APN#s are 1-006-075-441-125 and 1-006-075 457-124. The | 1210-000 | $850.00 |
| 2017 STATE TAX REFUND | 1224-000 | $35.21 |
| RECOVERY OF PREFERENCE TO WELLS FARGO BANK | 1241-000 | $889.21 |
| RECOVERY OF PREFERENCE TO WELLS FARGO BUSINESS DIRECT | 1241-000 | $1,081.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,424.58** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pinal County Treasurer | 4110-000 | $0.00 | $10.92 | $0.00 | $0.00 |
| | Alliant Credit Union | 4110-000 | $14,770.00 | $0.00 | $0.00 | $0.00 |
| | Provident Funding Associates, LP | 4110-000 | $434,496.25 | $0.00 | $0.00 | $0.00 |
| | Village of Oakcreek Association | 4110-000 | $180.00 | $0.00 | $0.00 | $0.00 |
| | Yavapai County Development Services | 4110-000 | $10,100.00 | $0.00 | $0.00 | $0.00 |
| | Yavapai County Development | 4110-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Services | | | | | |
| | Yavapai County Development Services | 4110-000 | $10,100.00 | $0.00 | $0.00 | $0.00 |
| | Yavapai County Development Services | 4110-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $484,646.25 | $10.92 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lawrence J. Warfield, Trustee | 2100-000 | NA | $3,392.46 | $3,392.46 | $3,392.46 |
| Lawrence J. Warfield, Trustee | 2200-000 | NA | $252.43 | $252.43 | $252.43 |
| Independent Bank | 2600-000 | NA | $34.04 | $34.04 | $34.04 |
| Integrity Bank | 2600-000 | NA | $37.39 | $37.39 | $37.39 |
| Auctioneer for Trustee | 3610-000 | NA | $1,959.90 | $1,959.90 | $1,959.90 |
| Auctioneer Fees and Expenses, Auctioneer for Trustee | 3610-000 | NA | $120.00 | $120.00 | $120.00 |
| Auctioneer fees and Expenses Doc 56, Auctioneer for Trustee | 3610-000 | NA | $62.50 | $62.50 | $62.50 |
| Doc 44 Auctioneer , Auctioneer for Trustee | 3610-000 | NA | $245.90 | $245.90 | $245.90 |
| Doc 48 Auctioneer Fees and Expenses, Auctioneer for Trustee | 3610-000 | NA | $245.90 | $245.90 | $245.90 |
| Auctioneer for Trustee | 3620-000 | NA | $245.90 | $245.90 | $245.90 |
| Auctioneer Fees and Expenses, Auctioneer for Trustee | 3620-000 | NA | $225.00 | $225.00 | $225.00 |
| Auctioneer fees and Expenses Doc 56, Auctioneer for Trustee | 3620-000 | NA | $245.90 | $245.90 | $245.90 |
| Doc 44 Auctioneer , Auctioneer for Trustee | 3620-000 | NA | $76.00 | $76.00 | $76.00 |
| Doc 48 Auctioneer Fees and Expenses, Auctioneer for Trustee | 3620-000 | NA | $55.00 | $55.00 | $55.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,198.32 | $7,198.32 | $7,198.32 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | $0.00 | $5,887.84 | $5,887.84 | $5,887.84 |
|  | Arizona Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Internal Revenue Service | 5800-000 | $6,082.97 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,082.97 | $5,887.84 | $5,887.84 | $5,887.84 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2a | Internal Revenue Service | 7300-000 | $0.00 | $210.08 | $210.08 | $0.00 |
| 3 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $15,259.89 | $15,259.89 | $4,081.13 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $0.00 | $1,840.63 | $1,840.63 | $492.26 |
| 5 | Wells Fargo Business Direct Division | 7100-000 | $0.00 | $16,887.49 | $16,887.49 | $4,516.41 |
| 6 | Synchrony Bank | 7100-000 | $0.00 | $127.04 | $127.04 | $33.98 |
| 7 | Home Depot Loan Services | 7100-000 | $0.00 | $14,963.07 | $14,963.07 | $4,001.74 |
| 8 | Sandoval County Treasurer | 7100-000 | $0.00 | $796.08 | $796.08 | $212.90 |
|  | American Express | 7100-000 | $830.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Bank USA, N.A. | 7100-000 | $5,113.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank | 7100-000 | $10,607.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank, N.a. | 7100-000 | $92,257.29 | $0.00 | $0.00 | $0.00 |
|  | Citibank, N.A. | Best Buy | 7100-000 | $60.00 | $0.00 | $0.00 | $0.00 |
|  | Greensky / Home Depot Project Loan | 7100-000 | $14,949.00 | $0.00 | $0.00 | $0.00 |
|  | HealthNet | 7100-000 | $198.60 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank / Discount Tire | 7100-000 | $127.04 | $0.00 | $0.00 | $0.00 |
|  | Wells Fargo Bank, N.A. | 7100-000 | $14,370.68 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Wells Fargo Business Direct Division | 7100-000 | $15,427.09 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $153,939.70 | $50,084.28 | $50,084.28 | $13,338.42 |

| Case No.: | 17-10806-PCT DPC | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | | | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| For the Period Ending: | 3/4/2019 | | | §341(a) Meeting Date: | 10/27/2017 |
| | | | | Claims Bar Date: | 01/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 65 Fairway Oaks Dr. Sedona, AZ - 86351-0000 Yavapai County - Zillow Est. | $470,400.00 | $0.00 | | $0.00 | FA |
| 2 | 1 acre vacant land in Rio Rancho, New Mexico. Two contiguous lots being sold as one. The APN#s are 1-006-075-448-125 and 1-006-075 466-124. The Account #'s are: R013492 and R013493. The legal descriptions are: 'Subd: Rio Rancho Estates: Block 70 Lot 38 Unit 23" and 'Subd: Rio Rancho Estates E Block 70 Lot 40". | $70,000.00 | $1,425.00 | | $1,425.00 | FA |
| | Asset Notes: Notice - dkt 24 Report - dkt 37 | | | | | |
| 3 | Casa Grande AZ Pinal Desert Carmel, sec f Lot 1150 Parcel # 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 | $500.00 | $775.00 | | $775.00 | FA |
| | Asset Notes: Notice - dkt 24 Report - dkt 45 | | | | | |
| 4 | 2014 Chysler 300 100K MILES - Kelley Blue Book Private Party Value in Good Condition | $9,089.00 | $0.00 | | $0.00 | FA |
| 5 | 1994 Infiniti Q45 147K MILES - Kelley Blue Book Private Party Value in Good Condition | $1,530.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous Household Goods & Furnishings | $5,275.00 | $0.00 | | $0.00 | FA |
| 7 | Miscellaneous Small Consumer Electronics | $1,265.00 | $0.00 | | $0.00 | FA |
| 8 | Computers | $965.00 | $0.00 | | $0.00 | FA |
| 9 | Miscellaneous Sporting Equipment | $345.00 | $0.00 | | $0.00 | FA |
| 10 | Bike | $125.00 | $0.00 | | $0.00 | FA |
| 11 | Miscellaneous Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 12 | Wedding Rings | $4,000.00 | $0.00 | | $0.00 | FA |
| 13 | Cash on Hand | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Savings Account (#6208-01) Alliant Credit Union | $5.15 | $5.15 | | $5.15 | FA |

| Case No.: | 17-10806-PCT DPC | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| For the Period Ending: | 3/4/2019 | | §341(a) Meeting Date: | 10/27/2017 |
| | | | Claims Bar Date: | 01/31/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Personal Checking Account (#2987) Wells Fargo Bank | $1,150.84 | $548.63 | | $548.63 | FA |
| 16 | Business Checking Account (#2444) Wells Fargo Bank | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Business Checking Account (#6362) Wells Fargo Bank | $2.00 | $0.00 | | $0.00 | FA |
| 18 | Business Checking Account (#9718) Wells Fargo Bank | $1.61 | $0.00 | | $0.00 | FA |
| 19 | Money Market Account (#2827) Deutsche Asset Management | $26.27 | $6.38 | | $6.38 | FA |
| 20 | Wrap and Tuck LLC - Not Active/Operating 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 21 | 401(k) Fidelity Brokerage Services, LLC - AT&T (Zero Balance) | $0.00 | $0.00 | | $0.00 | FA |
| 22 | IRA Fidelity Investments | $56.39 | $0.00 | | $0.00 | FA |
| 23 | Web Domains: www.wrapandtuck.com, www.wristtowel.com | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Approximately 70.41% of Potential 2017 Tax refunds, | $0.00 | $0.00 | | $0.00 | FA |
| 25 | Progressive - Auto Insurance N/A | $0.00 | $0.00 | | $0.00 | FA |
| 26 | HealthNet - Health Insurance N/A | $0.00 | $0.00 | | $0.00 | FA |
| 27 | Country Mutual Insurance Company - Homeowner's Insurance N/A | $0.00 | $0.00 | | $0.00 | FA |
| 28 | 982 Wrap and Tuck Wrist Towels | $500.00 | $0.00 | | $0.00 | FA |
| 29 | RECOVERY OF PREFERENCE TO AMERICAN EXPRESS (u) | $0.00 | $0.00 | | $0.00 | FA |
| 30 | RECOVERY OF PREFERENCE TO WELLS FARGO BANK (u) | $0.00 | $889.21 | | $889.21 | FA |
| 31 | RECOVERY OF PREFERENCE TO WELLS FARGO BUSINESS DIRECT (u) | $0.00 | $1,081.00 | | $1,081.00 | FA |
| 32 | RECOVERY OF PREFERENCE TO CITIBANK (u) | $0.00 | $0.00 | | $0.00 | FA |

| Case No.: | 17-10806-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| For the Period Ending: | 3/4/2019 | §341(a) Meeting Date: | 10/27/2017 |
| | | Claims Bar Date: | 01/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:** Based on new purchases, the preference amount is less than $600 and not recoverable -

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 33 | Rio Rancho NM Sandoval Rio Rancho Estates - Block 70, Lot 10, Unit 23 - Block 70, Unit 11, Unit 23 | | $0.00 | $985.00 | | $985.00 | FA |

**Asset Notes:** Notice - dkt 24
Report - dkt 41

| 34 | 2017 STATE TAX REFUND | (u) | $0.00 | $35.21 | | $35.21 | FA |
| 35 | Land - Rio Rancho, NM. 2 contiguous lots being sold as one. The APN#s are 1-006-075-441-125 and 1-006-075 457-124. The Account #'s are: R115154 and R115165. The legal descriptions are: 'Subd: Rio Rancho Estates: E Block 70 Lot 37 Unit 23" and "Subd: Rio Rancho Estates E Block 70 Lot 39 Unit 23". | (u) | $0.00 | $850.00 | | $850.00 | FA |

**Asset Notes:** Notice - dkt 24
Report - dkt 53

| 36 | 1.06 acres Vacant land in Rio Rancho, NM. The APN is 1-007-073-259-235. The Account # is: R115177. The legal description is: 'Subd: Rio Rancho Estates: Unit 20 (Vista Entrada) Block 113, Lot 25, Unit 20 Rio Rancho Estate Unit 20 Blk 113 Lot 26: BK 409 PG 6280". | (u) | $0.00 | $19,824.00 | | $19,824.00 | FA |

**Asset Notes:** Notice - dkt 24
Report - dkt 49

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $566,236.26 | $26,424.58 | | $26,424.58 | $0.00 |

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 4    Exhibit 8

| Case No.: | 17-10806-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| For the Period Ending: | 3/4/2019 | §341(a) Meeting Date: | 10/27/2017 |
| | | Claims Bar Date: | 01/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 08/07/2018 | Trustee Report of Sale at Auction filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[24] Trustee Notice of Sale).(WARFIELD, LAWRENCE 1) |
| | Document Number: 53 |
| 08/07/2018 | Application for Compensation by Professional Employed by Trustee for LAWRENCE 1 WARFIELD, Auctioneer, Period: to, Fees:$62.50, Expenses: $245.90. filed by LAWRENCE 1 WARFIELD. (WARFIELD, LAWRENCE 1) |
| | Document Number: 54 |
| | -------------------------- |
| | The new document Betts - 17-10806 -Order to pay auctioneer5.pdf was uploaded successfully on 8/7/2018 at 9:00 AM |
| | |
| | Order type: No Hearing Required |
| | 3:17-bk-10806-DPC MARK ANDREW BETTS and DEBRA ANN BETTS |
| | |
| | Related document number: 54 |
| | Related document description: Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee |
| | Order ID: 772673 |
| | ----------------------------- |
| | |
| | Document Number: 55 |
| | |
| | Docket Text: |
| | Notice of Lodging Proposed Order filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[54] Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee).(WARFIELD, LAWRENCE 1) |
| 08/07/2018 | ORDER Allowing Fees and Expenses for BKASSETS.COM LLC, Auctioneer, Period: to , Fees Awarded: $62.50, Expenses Awarded: $245.90; Awarded on 8/7/2018 signed on 8/7/2018 . (Kelly, Margaret) |
| | Document Number:  56 |
| 08/07/2018 | Ready for TFR |
| 08/01/2018 | Trustee Report of Sale ( APN 1-007-073-259-235) filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[24] Trustee Notice of Sale). (WARFIELD, LAWRENCE 1) |
| | Case Name: MARK ANDREW BETTS and DEBRA ANN BETTS |
| | Case Number: 3:17-bk-10806-DPC |
| | Document Number: 49 |

| Case No.: | 17-10806-PCT DPC | | | Trustee Name: | Lawrence J. Warfield |
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | | | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| For the Period Ending: | 3/4/2019 | | | §341(a) Meeting Date: | 10/27/2017 |
| | | | | Claims Bar Date: | 01/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

08/01/2018   Application for Compensation by Professional Employed by Trustee for LAWRENCE 1 WARFIELD, Auctioneer, Period: to, Fees:$1959.90, Expenses: $245.90. filed by LAWRENCE 1 WARFIELD. (WARFIELD, LAWRENCE 1)

Document Number: 50

---------------------------

The new document Betts - 17-10806 - Order to pay auctioneer APN 1-007-073-259-235.pdf was uploaded successfully on 8/1/2018 at 10:21 AM

Order type: No Hearing Required
3:17-bk-10806-DPC MARK ANDREW BETTS and DEBRA ANN BETTS

Related document number: 50
Related document description: Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee
Order ID: 772105
==================
Document Number: 51

Docket Text:
 Notice of Lodging Proposed Order filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[50] Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee).(WARFIELD, LAWRENCE 1)

07/20/2018   2 MORE PIECES OF LAND to BE SOLD by BK Assets -

06/13/2018   ORDER Allowing Fees and Expenses for BKASSETS.COM LLC, Auctioneer, Period: to , Fees Awarded: $55.00, Expenses Awarded: $245.90; Awarded on 6/12/2018 signed on 6/12/2018 . (Colasont, Kayla)
Document Number:   48

06/13/2018   WAITING FOR 2017 TAX REFUNDS -

06/11/2018   Trustee Report of Sale at Auction filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[24] Trustee Notice of Sale).(WARFIELD, LAWRENCE 1)
Document Number: 45

| Case No.: | 17-10806-PCT DPC | Trustee Name: | Lawrence J. Warfield |
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| For the Period Ending: | 3/4/2019 | §341(a) Meeting Date: | 10/27/2017 |
|  |  | Claims Bar Date: | 01/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/11/2018   Application for Compensation by Professional Employed by Trustee for LAWRENCE 1 WARFIELD, Auctioneer, Period: to, Fees:$55.00, Expenses: $245.90. filed by LAWRENCE 1 WARFIELD. (WARFIELD, LAWRENCE 1)

Document Number: 46

---------------

Order type: No Hearing Required

3:17-bk-10806-DPC MARK ANDREW BETTS and DEBRA ANN BETTS

Related document number: 46

Related document description: Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee

Order ID: 767079

----------------------

Notice of Lodging Proposed Order filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[46] Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee).(WARFIELD, LAWRENCE 1)

Document Number: 47

05/23/2018   Trustee Report of Sale at Auction filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[24] Trustee Notice of Sale).(WARFIELD, LAWRENCE 1)

Document Number: 41

| Case No.: | 17-10806-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| For the Period Ending: | 3/4/2019 | §341(a) Meeting Date: | 10/27/2017 |
| | | Claims Bar Date: | 01/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

05/23/2018   Application for Compensation by Professional Employed by Trustee for LAWRENCE 1 WARFIELD, Auctioneer, Period: to, Fees:$76.00, Expenses: $245.90. filed by LAWRENCE 1 WARFIELD. (WARFIELD, LAWRENCE 1)

Document Number: 42

--------------------------

The new document Betts - 17-10806- Order approving fees for auctioneer 2 (BK ASSETS).pdf was uploaded successfully on 5/23/2018 at 8:02 AM

Order type: No Hearing Required
3:17-bk-10806-DPC MARK ANDREW BETTS and DEBRA ANN BETTS

Related document number: 42
Related document description: Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee
Order ID: 765108

------------------

Document Number: 43

Docket Text:
Notice of Lodging Proposed Order filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[42] Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee).(WARFIELD, LAWRENCE 1)

05/23/2018   Waiting for Order to pay auctioneer - then ready for TFR -

No need to wait for tax returns, as debtors owe IRS $6000.00 from 2016 -

05/23/2018   ORDER Allowing Fees and Expenses for BKASSETS.COM LLC, Auctioneer, Period: to , Fees Awarded: $245.90, Expenses Awarded: $76.00; Awarded on 5/23/2018 signed on 5/23/2018 . (Colasont, Kayla)

Document Number:  44

05/16/2018   RECD EXTENSION FOR TAX RETURNS ----
05/13/2018   LAST ISSUES

1 - SALE OF NM Land by BK Assets -

2 - 2017 tax returns needed

| Case No.: | 17-10806-PCT DPC | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | | | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| For the Period Ending: | 3/4/2019 | | | §341(a) Meeting Date: | 10/27/2017 |
| | | | | Claims Bar Date: | 01/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/21/2018   Trustee Report of Sale at Auction filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[24] Trustee Notice of Sale).(WARFIELD, LAWRENCE 1)

Document Number: 37

04/21/2018   Application for Compensation by Professional Employed by Trustee for LAWRENCE 1 WARFIELD, Auctioneer, Period: to, Fees:$120.00, Expenses: $225.00. filed by LAWRENCE 1 WARFIELD. (WARFIELD, LAWRENCE 1)

Document Number: 38

------------------------------

The new document Betts - 17-10806- Order approving fees for auctioneer (BK ASSETS).pdf was uploaded successfully on 4/21/2018 at 10:04 AM

Order type: No Hearing Required
3:17-bk-10806-DPC MARK ANDREW BETTS and DEBRA ANN BETTS

Related document number: 38
Related document description: Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee
Order ID: 762057
===========

Document Number: 39

Docket Text:
 Notice of Lodging Proposed Order filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[38] Application for Compensation by Professional Employed by Chapter 7 or 11 Trustee).(WARFIELD, LAWRENCE 1)

02/07/2018   RECD PAYMENT from debtor - BEING RETURNED as Debtors OVERPAID -

| Case No.: | 17-10806-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | Date Filed (f) or Converted (c): | 09/14/2017 (f) |
| For the Period Ending: | 3/4/2019 | §341(a) Meeting Date: | 10/27/2017 |
| | | Claims Bar Date: | 01/31/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11/08/2017  Application to Employ Auctioneer filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD. (WARFIELD, LAWRENCE 1)

Document Number: 22

-----------------

The new document Betts - 17-10806 - Order RE Application to employ auctioneer (BK Assets).pdf was uploaded successfully on 11/8/2017 at 9:07 AM

Order type: Orders to Employ Professionals

3:17-bk-10806-DPC MARK ANDREW BETTS and DEBRA ANN BETTS

Related document number: 22

Related document description: Application to Employ

Order ID: 745979

---------------------------

Notice of Lodging Proposed Order filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[22] Application to Employ).(WARFIELD, LAWRENCE 1)

Document Number: 23

11/08/2017  Trustee Notice of Sale at Auction filed by LAWRENCE 1 WARFIELD on behalf of LAWRENCE J. WARFIELD.(WARFIELD, LAWRENCE 1)

Document Number: 24

11/08/2017  ORDER Granting Application to Employ (Related Doc # [22]) signed on 11/8/2017 . (Kelly, Margaret)

Document Number: 25

10/30/2017  REQUEST TO SET CLAIMS BAR DATE FILED - alj

10/30/2017  Trustee is administering Assets in Case

| Initial Projected Date Of Final Report (TFR): | 10/01/2018 | Current Projected Date Of Final Report (TFR): | 10/01/2018 | /s/ LAWRENCE J. WARFIELD |
|---|---|---|---|---|
| | | | | LAWRENCE J. WARFIELD |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 17-10806-PCT DPC | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***5853 | | **Checking Acct #:** | ******0806 |
| **Co-Debtor Taxpayer ID #:** | **-***5854 | | **Account Title:** | |
| **For Period Beginning:** | 9/14/2017 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 3/4/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/15/2017 | (30) | Wells Fargo Bank N A | Payment from WF for preference | 1241-000 | $889.21 | | $889.21 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.59 | $888.62 |
| 12/04/2017 | (31) | Wells Fargo | Recovery from Wells Fargo | 1241-000 | $1,081.00 | | $1,969.62 |
| 12/06/2017 | (15) | Betts | pymt from debtors for excess bank balance | 1129-000 | $200.00 | | $2,169.62 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.84 | $2,166.78 |
| 01/03/2018 | (15) | Betts | payment from debtor | 1129-000 | $200.00 | | $2,366.78 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.47 | $2,363.31 |
| 02/13/2018 | | Betts | Payment from debtors | * | $160.16 | | $2,523.47 |
| | {14} | | $5.15 | 1129-000 | | | $2,523.47 |
| | {19} | | $6.38 | 1129-000 | | | $2,523.47 |
| | {15} | | $148.63 | 1129-000 | | | $2,523.47 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.27 | $2,520.20 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.74 | $2,516.46 |
| 04/19/2018 | (2) | BKASSETS>COM LLC trust account | Auction proceeds | 1110-000 | $1,425.00 | | $3,941.46 |
| 04/23/2018 | 1001 | BKASSETS.COM, LLC | Auctioneer Fees and Expenses | * | | $345.00 | $3,596.46 |
| | | | Auctioneer Fees and Expenses $(120.00) | 3610-000 | | | $3,596.46 |
| | | | Auctioneer Fees and Expenses $(225.00) | 3620-000 | | | $3,596.46 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.08 | $3,592.38 |
| 05/23/2018 | (33) | BKAssets.com LLC trust account | Auction proceeds | 1110-000 | $985.00 | | $4,577.38 |
| 05/29/2018 | 1002 | BKASSETS.COM, LLC | Doc 44 Auctioneer | * | | $321.90 | $4,255.48 |
| | | | Doc 44 Auctioneer $(245.90) | 3610-000 | | | $4,255.48 |
| | | | Doc 44 Auctioneer $(76.00) | 3620-000 | | | $4,255.48 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.66 | $4,249.82 |
| 06/08/2018 | (3) | BKassets.com LLC - Trust Account | Auction Proceeds | 1110-000 | $775.00 | | $5,024.82 |
| 06/13/2018 | 1003 | BKASSETS.COM, LLC | Doc 48 Auctioneer Fees and Expenses | * | | $300.90 | $4,723.92 |
| | | | Doc 48 Auctioneer Fees and Expenses $(55.00) | 3620-000 | | | $4,723.92 |
| | | | Doc 48 Auctioneer Fees and Expenses $(245.90) | 3610-000 | | | $4,723.92 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.72 | $4,717.20 |
| 07/20/2018 | (34) | Betts | Payment from debtors | 1224-000 | $35.21 | | $4,752.41 |
| | | | | **SUBTOTALS** | **$5,750.58** | **$998.17** | |

| Case No. | 17-10806-PCT DPC | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5853 | | Checking Acct #: | ******0806 |
| Co-Debtor Taxpayer ID #: | **-***5854 | | Account Title: | |
| For Period Beginning: | 9/14/2017 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 3/4/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.02 | $4,745.39 |
| 08/01/2018 | (36) | BKassetts.com LLC trust account | Auction proceeds | 1210-000 | $19,824.00 | | $24,569.39 |
| 08/01/2018 | 1004 | BKASSETS.COM, LLC | Auctioneer Docket 52 | * | | $2,205.80 | $22,363.59 |
| | | | $(1,959.90) | 3610-000 | | | $22,363.59 |
| | | | $(245.90) | 3620-000 | | | $22,363.59 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $3.98 | $22,359.61 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($3.98) | $22,363.59 |
| 08/07/2018 | (35) | BKassets.com - Trust account | Auction proceeds | 1210-000 | $850.00 | | $23,213.59 |
| 08/07/2018 | 1005 | BKASSETS.COM, LLC | Auctioneer fees and Expenses Doc 56 | * | | $308.40 | $22,905.19 |
| | | | Auctioneer fees and Expenses Doc 56 $(245.90) | 3620-000 | | | $22,905.19 |
| | | | Auctioneer fees and Expenses Doc 56 $(62.50) | 3610-000 | | | $22,905.19 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $400.84 | $22,504.35 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($400.84) | $22,905.19 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $34.04 | $22,871.15 |
| 02/05/2019 | 1006 | Lawrence J. Warfield | Trustee Expenses | 2200-000 | | $252.43 | $22,618.72 |
| 02/05/2019 | 1007 | Lawrence J. Warfield | Trustee Compensation | 2100-000 | | $3,392.46 | $19,226.26 |
| 02/05/2019 | 1008 | Internal Revenue Service | Amount Allowed: 5,887.84; Distribution Dividend: 100.00; Amount Claimed: 5,887.84; Claim #: 2; | 5800-000 | | $5,887.84 | $13,338.42 |
| 02/05/2019 | 1009 | Wells Fargo Bank, N.A. | Amount Allowed: 15,259.89; Distribution Dividend: 26.74; Amount Claimed: 15,259.89; Claim #: 3; | 7100-000 | | $4,081.13 | $9,257.29 |
| 02/05/2019 | 1010 | AMERICAN EXPRESS CENTURION BANK | Amount Allowed: 1,840.63; Distribution Dividend: 26.74; Amount Claimed: 1,840.63; Claim #: 4; | 7100-000 | | $492.26 | $8,765.03 |
| 02/05/2019 | 1011 | Wells Fargo Business Direct Division | Amount Allowed: 16,887.49; Distribution Dividend: 26.74; Amount Claimed: 16,887.49; Claim #: 5; | 7100-000 | | $4,516.41 | $4,248.62 |
| 02/05/2019 | 1012 | Synchrony Bank | Amount Allowed: 127.04; Distribution Dividend: 26.74; Amount Claimed: 127.04; Claim #: 6; | 7100-000 | | $33.98 | $4,214.64 |
| 02/05/2019 | 1013 | Home Depot Loan Services | Amount Allowed: 14,963.07; Distribution Dividend: 26.74; Amount Claimed: 14,963.07; Claim #: 7; | 7100-000 | | $4,001.74 | $212.90 |

SUBTOTALS $20,674.00 $25,213.51

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-10806-PCT DPC | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5853 | Checking Acct #: | ******0806 |
| Co-Debtor Taxpayer ID #: | **-***5854 | Account Title: | |
| For Period Beginning: | 9/14/2017 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 3/4/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2019 | 1014 | Sandoval County Treasurer | Amount Allowed: 796.08; Distribution Dividend: 26.74; Amount Claimed: 796.08; Claim #: 8; | 7100-000 | | $212.90 | $0.00 |
| | | | TOTALS: | | $26,424.58 | $26,424.58 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $26,424.58 | $26,424.58 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $26,424.58 | $26,424.58 | |

**For the period of 9/14/2017 to 3/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $26,424.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,424.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $26,424.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,424.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/15/2017 to 3/4/2019**

| | |
|---|---|
| Total Compensable Receipts: | $26,424.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,424.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $26,424.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,424.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4     Exhibit 9

| | |
|---|---|
| Case No. | 17-10806-PCT DPC |
| Case Name: | BETTS, MARK ANDREW AND BETTS, DEBRA ANN |
| Primary Taxpayer ID #: | **-***5853 |
| Co-Debtor Taxpayer ID #: | **-***5854 |
| For Period Beginning: | 9/14/2017 |
| For Period Ending: | 3/4/2019 |

| | |
|---|---|
| Trustee Name: | Lawrence J. Warfield |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0806 |
| Account Title: | |
| Blanket bond (per case limit): | $82,080,307.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $26,424.58 | $26,424.58 | $0.00 |

**For the period of 9/14/2017 to 3/4/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $26,424.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,424.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $26,424.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,424.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/14/2017 to 3/4/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $26,424.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,424.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $26,424.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,424.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD